CHARLES D. GIANETTI *v.* GLENN SIGLINGER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28857) is denied.

ROGERS, C. J., and KATZ, J., did not participate in the consideration of or decision on this petition.

*Charles D. Gianetti,* pro se, in support of the petition.

*Patrick D. Skuret,* in opposition.

Decided December 1, 2009

GEORGINA SPILKE *v.* KENNETH C. SPILKE

The plaintiff's petition for certification for appeal from the Appellate Court, 116 Conn. App. 590 (AC 29223), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Georgina Spilke,* pro se, in support of the petition.

Decided December 9, 2009